United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41590
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JOSE RICARDO CORONA,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-199-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

     Jose Ricardo Corona appeals the 37-month sentence imposed
following his guilty-plea conviction for possession with intent
to distribute in excess of 100 kilograms of marihuana.  Corona
argues for the first time on appeal that the district court erred
by denying him a downward adjustment under the safety-valve
provision in 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2.

     The safety valve allows for sentencing below the statutory
mandatory minimum sentence when certain conditions are met.
Because the district court applied the safety valve and sentenced

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Corona below the five-year statutory mandatory minimum sentence in 21 U.S.C. § 841(b)(1)(B), we affirm the district court's judgment.

AFFIRMED.